**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JERIN VARGHESE,

                Plaintiff,

                                                                 23 **CIVIL** 3830 (MKV)

        -against-                                         **DEFAULT JUDGMENT**

PLECOSYSTEMS INC. and WARREN CASEY,

                Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated August 12 2025, Plaintiff's motion for default judgment is GRANTED. Judgment is hereby entered in favor of Plaintiff against Defendants in the amount of $28,919.96, representing $13,032.13 in unpaid wages for his last month of work; liquidated damages on the unpaid wages in the sum of $13,032.13; unpaid overtime in the amount of $1,427.85; liquidated damages on the unpaid overtime in the sum of $1,427.85.

**DATED**: New York, New York
            August 12, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                                                      **BY**: _____
                                                                       **Deputy Clerk**