**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JERIN VARGHESE,

                                **Plaintiff,**

                -against-

PLECOSYSTEMS INC, et al.,

                             **Defendants.**

-------------------------------------------------------------------X

**23-CV-03830 (MKV)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 8/13/2025

**SARAH NETBURN, United States Magistrate Judge:**

      Following the entry of default judgment, the Honorable Mary Kay Vyskocil referred the motion for attorneys' fees to my docket. ECF No. 45. By August 20, 2025, Plaintiff shall file proof of service of the motion and supporting documents on Defendants.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     August 13, 2025
            New York, New York