USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERIN VARGHESE,

               Plaintiff,

      -against-

PLECOSYSTEMS INC. and WARREN
CASEY,

               Defendants.

---

1:23-cv-03830 (MKV) (SN)

ORDER ADOPTING REPORT AND
RECOMMENDATION

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff Jerin Varghese ("Plaintiff") sued Defendants Plecosystems, Inc. and Warren Casey ("Defendants") under the Fair Labor Standards Act ("FLSA"), the New York Labor Law ("NYLL"), the Freelance Isn't Free Act ("FIFA"), and state contract law. [ECF No. 1]. When Defendants failed to appear, Plaintiff moved for a default judgment. [ECF Nos. 33, 34, 35]. Upon careful review of the entire record in the case, including Plaintiff's motion for a default judgment, *id.*, issuance of an order directing Defendants to show cause why judgment should not be entered, [ECF No. 39], and a hearing, the Court granted Plaintiff's motion for a default judgment. [ECF No. 50].

In connection with Plaintiff's motion for a default judgment, Plaintiff also submitted a motion for attorneys' fees and costs under the fee-shifting provisions of the FLSA and NYLL. [ECF No. 45]. The Court referred that motion to Magistrate Judge Netburn, the Magistrate Judge assigned to this case. [ECF No. 49]. Magistrate Judge Netburn filed a Report and Recommendation. [ECF No. 54]. No objections—timely or otherwise—have been received as of the date of this Order.

In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate

1

judge." 28 U.S.C. § 636(b)(1).  The Court reviews a report and recommendation to which no objections are filed for clear error.  *See* Fed. R. Civ. P. 72; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018); *Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006).  The reasoning and conclusions of Magistrate Judge Netburn's Report and Recommendation are sound and well-supported, and the Court, therefore, adopts them in their entirety.

It is therefore ORDERED that the Court ADOPTS Magistrate Judge Netburn's Report and Recommendation in its entirety.  Accordingly, Plaintiff's motion for attorneys' fees is GRANTED in part, and Plaintiff shall be awarded attorneys' fees in the amount of $16,884.87 and costs in the amount of $851.49, as well as post-judgment interest pursuant to 28 U.S.C. § 1961.

**SO ORDERED.**

**Date:  February 19, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2